AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PHILIP J. CHARVAT,**

       **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-09-209**
**NMP, LLC, et al.,**        **JUDGE EDMUND A.  SARGUS, JR.**
                                                  **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed March 31, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 31, 2010                                         JAMES BONINI, CLERK

                                                              */S/ Andy F. Quisumbing*
                                                               (By) Andy F. Quisumbing
                                                                Courtroom Deputy Clerk