IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP J. CHARVAT, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-209 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| NMP, LLC, *et al.*, | : | Magistrate Judge Kemp |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PLAINTIFF PHILIP J. CHARVAT appeals to the United States Court of Appeals for the Sixth Circuit from: (1) the Opinion and Order entered in this action on March 31, 2010 (Document No. 53); and (2) the Final Judgment entered in this action on March 31, 2010 (Document No. 54).

For the Court's convenience, copies of each of the foregoing are attached hereto.

Respectfully submitted,

_____
John W. Ferron, Trial Attorney (0024532)
jferron@ferronlaw.com
Lisa A. Wafer, Of Counsel (0074034)
lwafer@ferronlaw.com
FERRON & ASSOCIATES
Legal Professional Association
580 North Fourth Street, Suite 450
Columbus, Ohio 43215-2125
(614) 228-5225, 228-3255 fax

Attorneys for Plaintiff,
Philip J. Charvat

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2010, a copy of this Notice of Appeal was served upon the below-named counsel of record for Defendants in this matter, via regular first class U.S. Mail:

James B. Hadden
Anthony R. McClure
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 S. High Street, 29th Floor
Columbus, Ohio 43215-6194

W.R. Baldwin, III
Marchant, Honey & Baldwin, LLP
5600 Grove Avenue
Richmond, Virginia 23226-2102

_____
John W. Ferron, Trial Attorney   (0024532)