**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Philip J. Charvat,                                         :
                                                          :
      Plaintiff,                                     :     Case No. 2:09-cv-209
                                                          :
v.                                                        :     Judge Sargus
                                                          :
NMP, LLC, *et al.*,                                       :     Magistrate Judge Kemp
                                                          :
      Defendants.                                    :

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4(c), James B. Hadden, Trial Attorney, Anthony R. McClure, and the law firm of Porter Wright Morris & Arthur LLP, as well as W. R. Baldwin, III and the law firm of Marchant, Thorsen, Honey,  Baldwin & Meyer, LLP (admitted *pro hac vice*) move to withdraw as counsel for Defendant Media Synergy Group, LLC ("MSG") and to be relieved from any further obligations as counsel for MSG in this case.  The reasons for this motion are set forth in the accompanying memorandum in support.

Respectfully submitted,

/s/ James B. Hadden_____
by Anthony R. McClure
James B. Hadden (0059315) (Trial Attorney)
Anthony R. McClure (0075977)
Porter, Wright, Morris & Arthur LLP
41 S. High Street, 29th Floor
Columbus, OH  43215-6194
Telephone:(614) 227-2168
Fax:                   (614) 227-2100
Email:      jhadden@porterwright.com
amcclure@porterwright.com

/s/ W. R. Baldwin, III
_____
W. R. Baldwin, III (VSB #16988)
Marchant, Thorsen, Honey,  Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:  (804) 285-7779
Email:  billbaldwin@comcast.net

*Counsel for Defendants*

## MEMORANDUM IN SUPPORT

James B. Hadden, Trial Attorney, Anthony R. McClure, and the law firm of Porter
Wright Morris & Arthur LLP, as well as W. R. Baldwin, III and the law firm of Marchant,
Thorsen, Honey,  Baldwin & Meyer, LLP (admitted *pro hac vice*)  (collectively "Counsel")
move to withdraw as counsel for Defendant MSG and to be relieved from any further obligations
as counsel for MSG in this case.  Counsel will remain counsel for Defendant NMP, LLC.

Local Rule 83.4(c)(2) provides that the withdrawal of the trial attorney "must occur by
way of motion and order."  In accordance with the rule, the undersigned certifies that this motion
is being served at the last known address of MSG listed in the certificate of service below.
Further, good cause exists under the Rules of Professional Conduct, as MSG has failed to pay
legal fees in this matter.  To the best of Counsel's knowledge, Media Synergy Group, LLC is no
longer in operation.  A printed page from the State of Virginia's records (attached as Exhibit A)
shows that MSG's status as a Limited Liability Company in that state has been "canceled."

MSG will not be prejudiced by this motion to withdraw, as trial has not yet been
scheduled and the Court has issued a stay of proceedings, which has not yet been lifted.  No
other deadlines will be affected by Counsel's withdrawal.

For the foregoing reasons, James B. Hadden, Trial Attorney, Anthony R. McClure, and
the law firm of Porter Wright Morris & Arthur LLP, as well as W. R. Baldwin, III and the law
firm of Marchant, Thorsen, Honey,  Baldwin & Meyer, LLP (admitted *pro hac vice*)  move to
withdraw as counsel for MSG and to be relieved from any further obligations as counsel for
MSG.

Respectfully submitted,

/s/ James B. Hadden_____
by Anthony R. McClure
James B. Hadden (0059315) (Trial Attorney)
Anthony R. McClure (0075977)
Porter, Wright, Morris & Arthur LLP
41 S. High Street, 29th Floor
Columbus, OH  43215-6194
Telephone:(614) 227-2168
Fax:                (614) 227-2100
Email:       jhadden@porterwright.com
                  amcclure@porterwright.com

/s/ W. R. Baldwin, III_____
W. R. Baldwin, III (VSB #16988)
Marchant, Thorsen, Honey,  Baldwin & Meyer,
LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:  (804) 285-7779
Email:  billbaldwin@comcast.net

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served this 27th day of October, 2011, via the

Court's electronic filing system, and by regular mail to the following:

Philip J. Charvat
636 Colony Drive
Westerville, Ohio  43081

*Plaintiff*

Media Synergy Group, LLC
c/o Charles Anton, President & CEO
720 Moorefield Park Dr., Ste. 200
Richmond, VA  23236

/s/ Anthony R. McClure
Attorney for Defendants

COLUMBUS/1601353v.1

3