AO 450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Philip J. Charvat,                               **JUDGMENT IN A CIVIL CASE**

    vs.                                      CASE NUMBER: 2:09-cv-209

NMP LLC, et al.,


___  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court**.  This action came before the Court without trial or hearing and a decision has been rendered.


    **IT IS ADJUDGED** that pursuant to the December 29, 2011 Notice of Acceptance with Offer of Judgment, Defendant NMP LLC is to pay Plaintiff Philip J. Charvat $20,000.00, which includes all costs and fees accrued, including attorney's fees, incurred by Plaintiff up to the date of the offer.  The judgment is the total amount to be paid on account of any liability claimed by Plaintiff, and no additional amount of money is to be paid by NMP, LLC with respect to any of the claims raised, or that could have been raised, in this lawsuit. Defendant NMP LLC is hereby discharged from any and all claims as outlined in any of Plaintiff's complaints or amended complaints filed in the above-captioned matter.


                                                JAMES BONINI, CLERK

DATE: January 17, 2012

                             */s/ Kristen Keppler*
                             <u>(By) Kristen Keppler, Deputy Clerk</u>