AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PHILIP J. CHARVAT,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-09-209**
**NMP, LLC, et al.,**         **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 27, 2012, JUDGMENT is hereby entered in favor of Plaintiff and against Defendant Media Synergy Group, LLC in the amount of $73,000.00.**

Date: September 27, 2012         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk